April 20, 2007

Mr. Christopher A. Fusselman
The Fusselman Law Firm, P.C.
1717 St. James Place, Suite 470
Houston, TX 77056

Ms. Ruth G. Malinas
Ball & Weed, P.C.
745 East Mulberry, Suite 500
San Antonio, TX 78212-3191
Mr. Gus D. Oppermann V
Folger, Wheat & Opperman, L.L.P.
848 Heights Blvd.
Houston, TX 77007

RE: Case Number: 05-0197
 Court of Appeals Number: 03-03-00694-CV
 Trial Court Number: C2002-332B

Style: GYM-N-I PLAYGROUNDS, INC.
 v.
 RON SNIDER

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Diane O'Neal |
| |Ms. Kathy H. |
| |Faulkner |
| |Ms. Sylvia Ann |
| |Mayer |